1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## DISTRICT OF NEVADA
8
9  STEVEN BROOMFIELD,
10        Plaintiff,                          Case No. 3:11-CV-00506-HDM-(VPC)
11  vs.                                       **ORDER**
12  LISA WALSH, et al.,
13        Defendants.
14
15        The parties having filed a stipulation for dismissal with prejudice (#9), and good cause
16  appearing;
17        IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice.  The clerk
18  of the court shall enter judgment accordingly.
19        DATED: January 24, 2012.
20
21                                          _____
22                                          HOWARD D. MCKIBBEN
                                            United States District Judge
23
24
25
26
27
28