# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN BROOMFIELD,

    Plaintiff,

vs.

LISA WALSH, et al.,

    Defendants.

Case No. 3:11-CV-00506-HDM-(VPC)

**ORDER**

    The parties having filed a stipulation for dismissal with prejudice (#9), and good cause appearing;

    IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice. The clerk of the court shall enter judgment accordingly.

    DATED: January 24, 2012.

_____
HOWARD D. MCKIBBEN
United States District Judge